IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:04cr13-SPM

SHELDON DEVAUGHN HARDY,

    Defendant.

_____/

## **ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant's letter (doc. 345), which has been treated as a motion for a sentence reduction under the retroactive crack cocaine amendments to the sentencing guidelines and 18 U.S.C. § 3582(c). [1]

Upon review, the Court finds that Defendant is not entitled to a sentence reduction under 18 U.S.C. § 3582(c) because application of the crack cocaine amendments results in no change to his sentencing range. Defendant's offense involved more than 4.5 kilograms of crack cocaine, which corresponds to a base offense level of 38 under the old drug quantity table and the amended drug

---

[1] The letter makes reference to a non-existent section "1B11.10 Guideline Amendment" and does not mention crack cocaine, but in context it seems Defendant believes he is entitled to a sentence reduction under the amendments that retroactively reduced the base offense level applicable to crack cocaine offenses.

quantity table.  Because Defendant's sentencing range remains the same, he is not eligible for a reduction.  <u>United States v. Jones</u>, 548 F.3d 1366, 1369 (11th Cir. 2008).  Accordingly, it is

ORDERED AND ADJUDGED:  Defendant's motion for a sentence reduction under the retroactive crack cocaine amendments to the sentencing guidelines and 18 U.S.C. § 3582(c) is denied.

DONE AND ORDERED this 12th day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge